United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| E.J.C.F., *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00053 |
| | § | |
| ROBERT F. KENNEDY, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Jason Libby's Memorandum and Recommendation, (D.E. 24), the Court enters final judgment dismissing Petitioners' claims as moot. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        March 19, 2026